

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00329-CV

| | | |
|---|---|---|
| DAVID WETHY, Appellant | § | On Appeal from |
| | § | County Court at Law No. 1 |
| v. | § | of Tarrant County (2017-003751-1) |
| | § | May 23, 2019 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant David Wethy shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel